**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Thomas Ruffenach,                          Civil No. 09-1827 (RHK/JJG)

      Plaintiff,                **ORDER OF DISMISSAL**

vs.

Creditors Interchange and John Doe,

      Defendants.

---

Pursuant to the parties' Stipulation (Doc. No. 10), **IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**, on its merits and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 9, 2009

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge